IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BILL LIETZKE,                    )
                                 )
        Plaintiff,               )
                                 )      CIVIL ACTION NO.
        v.                       )        2:18cv858-MHT
                                 )
CITY OF MONTGOMERY and           )
KEVIN MURPHY,                    )
                                 )
        Defendants.              )

OPINION

Plaintiff filed this lawsuit asserting a variety of constitutional claims stemming from an encounter with the police. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be granted but that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of December, 2018.

　　　　　　　　　　 /s/ Myron H. Thompson　
　　　　　　　　UNITED STATES DISTRICT JUDGE