IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BILL LIETZKE,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:18cv858-MHT
                               )
CITY OF MONTGOMERY and         )
KEVIN MURPHY,                  )
                               )
    Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(3) Plaintiff's motion to proceed in forma pauperis (doc. no. 2) is granted.

(4) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of December, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE